

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2020

No. 04-20-00058-CV

**IN THE MATTER OF THE ESTATE OF KENNETH CURTIS ANDREWS, DECEASED**

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-04-0239-CVW
Honorable Sid L. Harle, Judge Presiding

## O R D E R

The reporter's record was due to be filed with this court on February 18, 2020. *See* TEX. R. APP. P. 35.1. After the due date, court reporter Karen L. D. Schoeve filed a first notification of late reporter's record. She requested a ninety-day extension of time to file the record beginning on February 23, 2020.

The request is GRANTED IN PART. The reporter's record is due on March 19, 2020. *See id.* R. 35.3(c) (limiting an extension in an ordinary appeal to thirty days).

If the reporter's record is not filed with this court by March 19, 2020, any requests for additional time to file the record must be accompanied by a signed, written status report.

The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).

The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2020.



Michael A. Cruz,
Clerk of Court